```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

CARIDAD GALARZA,
    Plaintiff,

    v.                                                      CIVIL ACTION NO.
                                                                16-11068-MBB

NANCY A. BERRYHILL, Acting
Commissioner of the Social Security
Administration,
    Defendant.

## FINAL JUDGMENT

### July 13, 2017

**BOWLER, U.S.M.J.**

It is **ORDERED** and **ADJUDGED** that the final decision of defendant Nancy A. Berryhill, Acting Commissioner of the Social Security Administration, be **AFFIRMED** and that this action be **DISMISSED**.

                                             /s/ Marianne B. Bowler
                                         **MARIANNE B. BOWLER**
                                         United States Magistrate Judge